**GOLENBOCK EISEMAN
ASSOR BELL & PESKOE** LLP

ATTORNEYS AT L
NY 10017-4014
T   (212) 907-7
WWW.GOLENBOCK.

Direct Dial No.: (212) 907-7378
Direct Fax No.: (212) 754-0330
Email Address: aleonard@golenbock.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2020

January 3, 2020

VIA ECF AND ELECTRONIC MAIL

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007
(Torres_nysdchambers@nysd.uscourts.gov)

**Re: Gabilly v. Boucherie LLC, et al., Civil Action No. 1:19-cv-07240-AT**

Your Honor:

We represent defendants Boucherie LLC, Boucherie PAS LLC, and Emil Stepkov ("Defendants") in the above-captioned matter. We write this letter together with counsel for Plaintiffs Julien Gabilly and Marcus Zemache ("Plaintiffs"), who consents to all relief requested herein.

By letter dated September 24, 2019, the parties informed the Court that they were planning to attend a private mediation on January 29, 2020. In light of that submission and in the event the case was not resolved at mediation, the Court scheduled a pretrial conference for February 11, 2020. [Dkt. 16]. However, due to the size of documents that Defendants will be producing to Plaintiffs, the parties have re-scheduled the mediation with Ruth Raisfeld for March 4, 2020.

Given the new mediation date, we respectfully request that the Court adjourn the initial pre-trial conference to a date that is two weeks after the mediation. This is the Parties' second request for an adjournment of the conference and all Parties consent to this request. The Parties are prepared to report back to the Court on the status of their mediation efforts by March 11, 2020.

We appreciate the Court's attention to this matter.

Respectfully submitted,

/s/ Alexander Leonard

Alexander Leonard
JoAnna C. Tsoumpas

Enclosure
cc:   All counsel via ECF and email

GRANTED.  The initial pretrial conference scheduled for February 11, 2020 is ADJOURNED to **March 18, 2020**, at **11:40 a.m.**  By **March 11, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated:  January 3, 2020
        New York, New York

ANALISA TORRES
United States District Judge