UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**JULIEN GABILLY and MARIUS ZEMACHE**, *individually and on behalf of others similarly situated*,

                        **Plaintiffs,**

- against -

**BOUCHERIE LLC, BOUCHERIE PAS LLC, and EMIL STEFKOV,**

                        **Defendants**.

INDEX
NO. 19-cv-7240-AT

---

**NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF THE SETTLEMENT CLASS, APPROVAL OF THE FLSA SETTLEMENT, APPROVAL OF ATTORNEYS' FEES, APPROVAL OF SERVICE PAYMENT TO NAMED PLAINTIFFS, AND DISMISSAL OF THIS ACTION WITH PREJUDICE.**

PLEASE TAKE NOTICE, the undersigned attorneys for Plaintiffs shall move before the Honorable Analisa Torres, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, NY, 10007, for approval of Plaintiffs' Motion for Final Approval of Class Action Settlement. In support of this motion, Plaintiffs submit the annexed Declaration of Darren P.B. Rumack, the exhibits attached hereto, and the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement.

For the Court's convenience, Plaintiffs have submitted a Proposed Order attached.

Dated: New York, New York
        February 20, 2022

Respectfully submitted,

The Klein Law Group P.C.

By:   /s/ Darren Rumack
       Darren P.B. Rumack
       39 Broadway, Suite 1530,
       New York, NY 10006
       Phone: 212-344-9022
       Fax: 212-344-0301
       *Attorneys for Plaintiffs and on behalf of others similarly situated.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**JULIEN GABILLY and MARIUS ZEMACHE**,
*individually and on behalf of others similarly situated*,

**Plaintiffs,**

- against -

**BOUCHERIE LLC, BOUCHERIE PAS LLC, and EMIL STEFKOV,**

**Defendants**.

**INDEX NO. 19-cv-7240-AT**

---

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

It is hereby ORDERED on this ___ day of _____, 2022, upon the attached motion of Plaintiffs seeking final approval of the class action settlement pursuant to Fed. R. Civ. P. 23, after reviewing said motion, the Declaration of Darren P.B. Rumack, along with the exhibits attached thereto, as well as any opposition and reply, that the motion is hereby GRANTED and FURTHER ORDERS that:

1. Final approval of the Settlement Agreement is granted; and

2. Class Certification under Fed. R. Civ. P. 23(b)(3) is granted for settlement purposes only; and

3. The Klein Law Group's request for attorneys' fees and costs in this action is approved; and

4. The service awards for named plaintiffs are hereby approved; and

5. The entire lawsuit is dismissed with prejudice and without costs to any party. All Class Members are barred and permanently enjoined from participating in any other individual or class lawsuit against the releasees concerning the released claims.

Dated: New York, New York
 _____ __, 2022

By: _____
 Hon. Analisa Torres