USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/10/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JULIEN GABILLY and MARIUS ZEMACHE**, *individually and on behalf of others similarly situated*,

INDEX NO. 19-cv-7240-AT

**Plaintiffs,**

- against -

**BOUCHERIE LLC, BOUCHERIE PAS LLC, and EMIL STEFKOV,**

**Defendants.**

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

On this 10th day of March, 2022, upon the attached motion of Plaintiffs seeking final approval of the class action settlement pursuant to Fed. R. Civ. P. 23, after reviewing said motion, the Declaration of Darren P.B. Rumack, along with the exhibits attached thereto, as well as any opposition and reply, that the motion is hereby GRANTED in part, and DENIED in part, as stated below:

1. Final approval of the Settlement Agreement is granted;

2. Class Certification under Fed. R. Civ. P. 23(b)(3) is granted for settlement purposes only;

3. The attorneys' fees in the amount of $19,500 and costs in the amount of $249 for Klein Law Group's is approved;

4. The service awards for named plaintiffs are hereby approved; and

5. The entire lawsuit is dismissed with prejudice and without costs to any party. All Class Members are barred and permanently enjoined from participating in any other individual or class lawsuit against the releasees concerning the released claims.

The Clerk of Court is directed to terminate the motion at ECF No. 53.

SO ORDERED.

Dated: March 10, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge